916

No. 92–141.  PORTER *v.* UNITED STATES;
No. 92–5280.  CHIARELLI *v.* UNITED STATES;
No. 92–5314.  DURISH *v.* UNITED STATES;
No. 92–5367.  RAUCCI *v.* UNITED STATES; and
No. 92–5368.  PORTER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 961 F. 2d 1569.

No. 92–149.  PULSAR DATA SYSTEMS, INC., AKA PULSAR CREDIT CORP. ET AL. *v.* FEDERAL MARKETING CONSULTANTS, INC.  Sup. Ct. Va.  Certiorari denied.

No. 92–151.  CALIFORNIA HOUSING SECURITIES, INC. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 92–273.  ALLEN *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 92–275.  HAMILTON ET AL. *v.* KOMATSU-DRESSER, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–276.  KRIETER, TRUSTEE *v.* CHILES, GOVERNOR OF FLORIDA, ET AL.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 92–277.  POPEOPLE, INC. *v.* LABOR AND INDUSTRIAL RELATIONS COMMISSION ET AL.  Sup. Ct. Mo.  Certiorari denied.

No. 92–281.  BERRY ET AL. *v.* PROFESSIONALS, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 92–283.  DIXON ET AL. *v.* OGDEN NEWSPAPERS, INC.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 92–287.  WALLER ET AL. *v.* OSBOURNE ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–288.  SAKER *v.* LUPER.  C. A. 6th Cir.  Certiorari denied.

No. 92–290.  FESTA *v.* NEW JERSEY BOARD OF PUBLIC UTILITIES ET AL.  C. A. 3d Cir.  Certiorari denied.